1
2
3
4
5
6
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,        )  Case No.: 15-411 M
11                  Plaintiff,       )
                                     )  ORDER OF DETENTION PENDING
12          v.                       )  FURTHER REVOCATION
                                     )  PROCEEDINGS
13  Victoria Leigh Moras             )  (FED. R. CRIM. P. 32.1(a)(6); 18
14                  Defendant.       )  U.S.C. § 3143(a)(1))
                                     )
15  _____ )

16          The defendant having been arrested in this District pursuant to a warrant

17  issued by the United States District Court for the _____Eastern_____ District of

18  _____California_____ for alleged violation(s) of the terms and conditions of probation

19  or supervised release; and

20          Having conducted a detention hearing pursuant to Federal Rule of Criminal

21  Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

22  A. (✓)   The defendant has not met his/her burden of establishing by clear and

23          convincing evidence that he/she is not likely to flee if released under 18

24          U.S.C. § 3142(b) or (c).  This finding is based on the following:

25          (✓)   information in the Pretrial Services Report and Recommendation

26          (✓)   information in the ~~violation petition and report(s)~~ arrest warrant

27          (✓)   the defendant's nonobjection to detention at this time

28          ( )   other: _____

1

1    and/ or

2    B. ( )    The defendant has not met his/her burden of establishing by clear and

3    convincing evidence that he/she is not likely to pose a danger to the

4    safety of any other person or the community if released under 18 U.S.C.

5    § 3142(b) or (c).  This finding is based on the following:

6    ( )    information in the Pretrial Services Report and Recommendation

7    ( )    information in the violation petition and report(s)

8    ( )    the defendant's nonobjection to detention at this time

9    ( )    other: _____

11    IT THEREFORE IS ORDERED that the defendant be detained pending the further

12    revocation proceedings.

14    Dated: *November 5, 2015*

                                                  SHERI PYM

                                     United States Magistrate Judge